ANGELINA RIVERA, an Infant, by CARMEN RIVERA, Her Guardian ad Litem, et al., Appellants, *v.* THIRD AVENUE TRANSIT CORPORATION, Respondent.

Submitted March 5, 1945; decided March 8, 1945.

*Jerome Golenbock* for motion.
*Goodwyn Kuyk* for respondent.

Motion denied on the ground that the appeal does not present any questions that this court may review.